IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                2:18-cr-99 (4)
                                      Judge Marbley

Destined Jeremy Taylor

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 85) that the defendant's guilty pleas be accepted. The Court accepts the defendant's pleas of guilty to Count 1, 12 and 13 of the Superseding Indictment, and he is hereby adjudged guilty on these counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 12, 2019                  s\Algenon L. Marbley
                                          Algenon L. Marbley
                                          United States District Judge